**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Wood, Ofc. Leavitt, Ofc. Wheeler, Ofc.
  Mendoza, Ofc. Bell, Ofc. Kofford, and Ofc. Conover

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BEST, an individual and JENNIFER BEST, as Legal Guardian of COLLIN BEST,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER B. WOOD, P#17066; OFFICER P. LEAVITT, P#17178; OFFICER J. WHEELER, P#18202; OFFICER C. MENDOZA, P#17948; OFFICER L. BELL, P#13591; OFFICER E. KOFFORD, P#18711; OFFICER V. CONOVER, P#18388; and DOE OFFICERS I-X, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-01005-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department, Ofc. Wood, Ofc. Leavitt, Ofc. Wheeler, Ofc. Mendoza, Ofc. Bell, Ofc. Kofford, and Ofc. Conover ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach and Plaintiffs Jennifer Best, individually and as Legal Guardian of Collin Best ("Plaintiffs"), by and through her attorney of record, Guinness Ohazuruike, Esq. (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and Scheduling Order (ECF No. 14) deadlines an additional ninety (90) days. This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in bold-face type).

MAC:14687-452 5450872_1 4/18/2024 1:05 PM

I. **STATUS OF DISCOVERY.**

1. On October 16, 2023, Plaintiffs served their Initial Disclosure Statement.

2. On October 12, 2023, the LVMPD Defendants served their Initial Disclosure Statement.

3. On October 17, 2023, the LVMPD Defendants served their First Set of Interrogatories on Plaintiffs.

4. On October 17, 2023, the LVMPD Defendants served their First Set of Requests for Production of Documents on Plaintiffs.

5. On December 7, 2023, Plaintiffs answered the LVMPD Defendants' First Set of Interrogatories.

6. On December 7, 2023, Plaintiffs responded to the LVMPD Defendants' First Set of Requests for Production of Documents.

7. The Defendants have retained expert witnesses.

II. **DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties are actively conducting discovery. For the reasons explained below, the Parties will need additional time to conduct limited discovery, including but not limited to:

1. The LVMPD Defendants need to take Plaintiff Jennifer Best's deposition.

2. The LVMPD Defendants need to take Collin Best's deposition.

3. The Plaintiffs need to take the deposition of all the named Defendant officers.

4. The Plaintiffs need to take the deposition of the LVMPD Defendants' experts if any.

5. The LVMPD Defendants need to take the deposition of Plaintiffs' experts if any.

III. **SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY**

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the first request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days

MAC:14687-452 5450872_1 4/18/2024 1:05 PM

before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause.

The parties have completed all written discovery and retained experts. The Defendants have attempted to obtain dates for Plaintiffs' depositions. However, Plaintiffs are currently out of state receiving medical treatment and have been unavailable for deposition. It is anticipated the Plaintiffs will be available in the next 45-days. The Plaintiffs depositions are necessary for the experts to provide complete reports. The parties believe that a 90-day extension will be sufficient to take the parties' depositions, get the transcripts to the experts, and produce expert reports.

## IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

Below are the current discovery deadlines and proposed new deadlines.

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | April 5, 2024 | Past Due/Unchanged |
| Initial Expert Disclosures | May 3, 2024 | **August 5, 2024** |
| Rebuttal Expert Disclosures | June 3, 2024 | **September 3, 2024** |
| Discovery Cut-Off | July 5, 2024 | **October 7, 2024** |
| Dispositive Motions | August 5, 2024 | **November 5, 2024** |
| Pretrial Order | September 5, 2024 | **December 5, 2024** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

The Parties agree to the proposed deadlines above and agree that the extension is limited to conducting outstanding depositions and following up on written discovery already propounded by the parties.

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended additional ninety (90) days. The parties believe there is good cause to extend discovery and request that the

MAC:14687-452 5450872_1 4/18/2024 1:05 PM

Discovery Plan and Scheduling Order deadlines be extended consistent with this stipulation so that the parties may conduct the identified depositions and address outstanding issues with written discovery.

IT IS SO STIPULATED this 18th day of April, 2024.

| MARQUIS AURBACH | GUINNESS LAW FIRM |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants | By: *s/Guinness Ohazuruike* <br> Guinness Ohazuruike, Esq. <br> Nevada Bar No. 11321 <br> 6845 W. Charleston Blvd., #A <br> Las Vegas, Nevada 89117 <br> Attorney for Plaintiffs |

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 4/23/2024

MAC:14687-452 5450872_1 4/18/2024 1:05 PM