AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jennifer Best, individually and as mother and legal guardian on behalf of Collin Best, Plaintiff,

v.

Las Vegas Metropolitan Police Department, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:   2:23-cv-01005-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that JUDGMENT is entered in favor of Defendants Las Vegas Metropolitan Police Department, et al., and against Plaintiff Jennifer Best, individually and as legal guardian of her son Collin Best.

7/3/2025
Date

DEBRA K. KEMPI
Clerk

*Andy Freeman*
Deputy Clerk