AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jennifer Best,

          Plaintiff,

v.

Las Vegas Metropolitan Police Department et al.,

          Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01005-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

AMENDED JUDGMENT is entered in favor of Defendants, Las Vegas Metropolitan Police Department et al., and against Plaintiff Jennifer Best, individually and as legal guardian of her son Collin Best. The Defendants' costs are re-taxed at $2,477.31.

10/16/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk